## AFFIDAVIT OF PROCESS SERVER

### In the United States District Court for the District of Montana
### Great Falls Division

**Stephen C. Bullock, in his official capacity as Governor of Montana et al.**

Plaintiff(s),

VS.

**Internal Revenue Service; et al**

Defendant(s).

Attorney: Raphael Graybill

Montana Department of Revenue
P.O. Box 7701
Helena MT 59604

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
\*232641\*

**Case Number: CR-18-103-GF-BMM**

Legal documents received by Same Day Process Service, Inc. on **08/22/2018** at **10:50 AM** to be served upon **Internal Revenue Service**, at **1111 Constitution Ave., NW, Washington, DC, 20224**

I, **Leah Cambrelen**, swear and affirm that on **August 23, 2018** at **12:51 PM**, I did the following:

Served **Internal Revenue Service, a government agency** by delivering a conformed copy of this **Summons; Complaint;** to **Melissa Avruntine** as **Senior Counsel & Authorized Agent** at **1111 Constitution Ave., NW , Washington, DC 20224** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 35 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Leah Cambrelen**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID:232641



Subscribed and Sworn to before me
this ____ day of _____, 2018

Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023

District of Columbia: SS