# AFFIDAVIT OF PROCESS SERVER

## In the United States District Court for the District of Montana
## Great Falls Division

**Stephen C. Bullock, in his official capacity as Governor of Montana et al.**

    Plaintiff(s).

vs.

**Internal Revenue Service; et al**

    Defendant(s).

Attorney: Raphael Graybill

Montana Department of Revenue
P.O. Box 7701
Helena MT 59604

*232639*

**Case Number: CR-18-103-GF-BMM**

Legal documents received by Same Day Process Service, Inc. on **08/22/2018** at **10:48 AM** to be served upon **United States Department of the Treasury**, at **1500 Pennsylvania Ave NW,, Washington, DC, 20220**

I, **Luis Varela**, swear and affirm that on **September 17, 2018** at **11:02 AM**, I did the following:

Served **United States Department of the Treasury, a government agency** by delivering a conformed copy of this **Summons; Complaint;** to **Vincent Henderson** as **Authorized Agent** at **1500 Pennsylvania Ave NW, , Washington, DC 20220** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 60 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Luis Varela
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:232639

District of Columbia: SS
Subscribed and Sworn to before me
this 15 day of September 2018

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022