RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JOSEPH A. SERGI
Senior Litigation Counsel
LAURA M. CONNER
LANDON M. YOST
Trial Attorneys
U.S. Department of Justice, Tax Division
555 4th Street, N.W.
Washington, D.C.  20001
(202) 305-0868 (Sergi); (202) 514-6438 (Conner); (202) 307-2144 (Yost)
(202) 307-2504 (fax)
joseph.a.sergi@usdoj.gov
laura.m.conner@usdoj.gov
landon.m.yost@usdoj.gov

Of Counsel:
KURT G. ALME
United States Attorney
VICTORIA FRANCIS
Assistant United States Attorney

*Attorneys for the defendants*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| STEPHEN C. BULLOCK, et al., <br><br>　　　　Plaintiffs, <br><br>　　　v. <br><br>INTERNAL REVENUE SERVICE, et al., <br><br>　　　　Defendants. | Case No. 4:18-cv-00103-BMM <br><br> **[PROPOSED] ORDER GRANTING MOTION TO RESET TIME TO RESPOND TO COMPLAINT FOLLOWING LAPSE IN APPROPRIATIONS** |

      The Court is in receipt of the defendants' unopposed motion to reset the deadline to respond to the complaint now that appropriations have been restored to the Department of Justice. For good cause shown, and in accordance with the Court's Order of January 8, 2019 (ECF #10), the Court hereby GRANTS this motion and ORDERS that the deadline for defendants to respond to the complaint is reset to February 20, 2019.

      IT IS SO ORDERED.

DATED: _____, 2019.

_____
Hon. Brian M. Morris
United States District Judge