**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| STEPHEN C. BULLOCK, in his official capacity as Governor of Montana; MONTANA DEPARTMENT OF REVENUE,<br><br>Plaintiffs,<br>vs.<br><br>INTERNAL REVENUE SERVICE; DAVID KAUTTER, in his official capacity as Acting Commissioner of the Internal Revenue Service; UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendants. | CV-18-103-GF-BMM<br><br><br>**ORDER** |

Plaintiff has moved for an order allowing Deepak Gupta, Esq., Daniel Wilf-Townsend, Esq. and Matthew Wessler, Esq to appear *pro hac vice* in this case with Raphael Graybill, Office of Governor Steve Bullock, designated as local counsel. The applications of Mr. Gupta, Mr. Wilf-Townsend and Mr. Wessler appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiff's motions to allow Mr. Gupta, Mr. Wilf-Townsend and Mr. Wessler to appear on its behalf (Docs. 17, 18 and 19) are GRANTED, subject to the following conditions:

1.      Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.      Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3.      Mr. Gupta, Mr. Wilf-Townsend and Mr. Wessler must do their own work.  They must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.      Admission is personal to Mr. Gupta, Mr. Wilf-Townsend and Mr. Wessler ; it is not an admission of their law firm.

IT IS FURTHER ORDERED:

Mr. Gupta, Mr. Wilf-Townsend and Mr. Wessler shall file, within fifteen (15) days from the date of this Order,  an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 14th day of March, 2019.


Brian Morris
United States District Court Judge