**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| STEPHEN C. BULLOCK, et al., *Plaintiffs*, v. INTERNAL REVENUE SERVICE, et al., *Defendants*. | Case No.: 4:18-cv-00103-BMM<br><br>**ORDER GRANTING MOTION TO PROCEED WITHOUT LOCAL COUNSEL AND PRO HAC VICE** |

The Court is in receipt of Plaintiff State of New Jersey's unopposed motion to proceed without local counsel and for its counsel to appear *pro hac vice*. (Doc. 15). For good cause shown, this motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Plaintiff State of New Jersey may proceed without local counsel, and that Assistant Attorney General Glenn J. Moramarco (Mr. Moramarco) and Deputy Attorney General Katherine A. Gregory (Ms. Gregory) be admitted *pro hac vice* on behalf of Plaintiff State of New Jersey.

**IT IS ALSO ORDERED that** Mr. Moramarco and Ms. Gregory **BOTH** must pay the admission fee for Pro Hac Vice Admission to practice before this Court.

**IT IS FURTHER ORDERED** that only one attorney appearing *pro hac vice* may act as lead counsel; Mr. Moramarco and Ms. Gregory must do their own work. They must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court; Admission is personal to Mr. Moramarco and Ms. Gregory; it is not an admission of New Jersey's Attorney General's Office.

**IT IS ALSO ORDERED**:

Mr. Moramarco and Ms. Gregory shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 20th day of March, 2019.

_____
Brian Morris
United States District Court Judge