IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STEPHEN C. BULLOCK, in his official capacity as Governor of Montana; MONTANA DEPARTMENT OF REVENUE; STATE OF NEW JERSEY,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE; CHARLES P. RETTIG, in his official capacity as Commissioner of the Internal Revenue Service; UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>　　　　　　　　　　　Defendants. | Case No.: 4:18-CV-00103-BMM<br>_____<br><br><br><br><br><br><br>**ACKNOWLEDGEMENT AND ACCEPTANCE OF ADMISSION *PRO HAC VICE* OF DEEPAK GUPTA** |

　　　　I, Deepak Gupta, respectfully submit this Acknowledgement and Acceptance of Admission *pro hac vice* under the terms set forth in Local Rule 83.1(d) and the Court's Order dated March 14, 2019 (Dkt. 20). Of the attorneys admitted *pro hac vice* in the Court's Order, only I will act as co-lead counsel.

Dated: March 28, 2019　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Deepak Gupta*
　　　　　　　　　　　　　　　　　　DEEPAK GUPTA
　　　　　　　　　　　　　　　　　　GUPTA WESSLER PLLC
　　　　　　　　　　　　　　　　　　1900 L Street, NW, Suite 312
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　Phone: (202) 888-1741
　　　　　　　　　　　　　　　　　　Fax: (202) 888-7792
　　　　　　　　　　　　　　　　　　*deepak@guptawessler.com*

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs Stephen C. Bullock*
　　　　　　　　　　　　　　　　　　*and Montana Department of Revenue*