# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| STEPHEN C. BULLOCK, et al., <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, et al, <br><br> Defendant. | **CV-18-103-GF-BMM** <br><br><br> **ORDER** |

**IT IS HEREBY ORDERED** that the undersigned will conduct a telephonic scheduling call on **Wednesday, April 10, 2019 at 1:30 p.m.** The Court will contact the parties with the call-in number.

DATED this 9th day of April, 2019.

_[signature]_

Brian Morris
United States District Court Judge

1