RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JOSEPH A. SERGI
Senior Litigation Counsel
LAURA M. CONNER
LANDON M. YOST
Trial Attorneys
U.S. Department of Justice, Tax Division
555 4th Street, N.W.
Washington, D.C. 20001
(202) 305-0868 (Sergi); (202) 514-6438 (Conner); (202) 307-2144 (Yost)
(202) 307-0054 (fax)
joseph.a.sergi@usdoj.gov
laura.m.conner@usdoj.gov
landon.m.yost@usdoj.gov

Of Counsel:
KURT G. ALME
United States Attorney
VICTORIA FRANCIS
Assistant United States Attorney

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| STEPHEN C. BULLOCK, et al., | |
| Plaintiffs, | Case No. 4:18-cv-00103-BMM |
| v. | |
| INTERNAL REVENUE SERVICE, et al., | **JOINT STATUS REPORT** |
| Defendants. | |

Pursuant to the Court's order, Docket No. 60, the parties submit this joint status report.

The Court's Order (Doc. 57) on Defendants' Motions to Dismiss (Docs. 13 and 31) and Plaintiffs' Motion for Summary Judgment (Doc. 41), granted Plaintiffs' Motion as to Count I of their Amended Complaint (Doc. 16). The Court held unlawful and set aside Revenue Procedure 2018-38 as adopted by the IRS, directing that the IRS must "follow the proper notice-and-comment procedures pursuant to the APA if it seeks to adopt a similar rule." (Doc. 57). This Order was not appealed.

The parties agree that Counts II and III of Plaintiffs' Amended Complaint are moot in light of the Court's Order. Therefore, the parties take the view that nothing remains to be done in this case, other than for judgment to be entered on Count I of Plaintiffs' Amended Complaint, in accordance with the Court's Order.

//

//

//

DATED: September 25, 2020

    Respectfully submitted,

/s/ Deepak Gupta
Deepak Gupta
Matthew W.H. Wessler
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
(202) 888-7792
deepak@guptawessler.com

*Attorneys for Plaintiffs*


RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

s/ Joseph A. Sergi
JOSEPH A. SERGI
Senior Litigation Counsel
LAURA M. CONNER
LANDON M. YOST
Trial Attorneys
U.S. Department of Justice, Tax Division

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 25, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel for Plaintiffs.

                                              s/ Landon M. Yost
                                              LANDON M. YOST
                                              Trial Attorney