IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GREG GIANFORTE₁, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>Defendants. | CV-18-103-GF-BMM<br><br>**ORDER** |

A Joint Status Report was filed on with the Court on September 25, 2020. (Doc. 61.) The parties agree that Counts II and III of Plaintiffs' Amended Complaint are moot in light of this Court's Order. (Doc. 57.) Accordingly, **IT IS HEREBY ORDERED** that judgment will be entered for the Plaintiffs on Count I of Plaintiffs' Amended Complaint. All parties shall bear their own fees and costs.

DATED this 4th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court