UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GREG GIANFORTE, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> INTERNAL REVENUE SERVICE, et al, <br><br> Defendants. | Case No. CV-18-103-GF-BMM <br><br> JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED: Judgment is entered for the Plaintiffs on Count I of Plaintiffs' Amended Complaint.

    Dated this 4th day of February, 2021.

                              TYLER P. GILMAN, CLERK

                              By: /s/ M. Stewart
                              M. Stewart, Deputy Clerk